IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH RUCKMAN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:16-CV-00260 |
| | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.** | ) |
| | ) |
| Defendants. | ) **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Kenneth Ruckman and with consent of Defendant respectfully notifies this Court that the parties have reached a settlement on all of Plaintiff's claims. The parties respectfully request thirty days to complete the attendant paperwork before Plaintiff dismisses her claims.

**THE EASON LAW FIRM, LLC**

/s/ James W. Eason

**JAMES W. EASON, #6281329**
**124 Gay Avenue, Suite 200**
**St. Louis, Missouri 63105**
**Phone: (314) 932-1066**
**Fax:    (314) 667-3161**
**Email: james.w.eason@gmail.com**

1

## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies a copy of the foregoing was served via the Courts CM/ECF filing system this 6th day of October, 2016 to the following:

Vitaly Libman: vlibman@hinshawlaw.com

             /s/ James W. Eason
             _____