IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH RUCKMAN** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:16-CV-00260 |
| | ) |
| **MIDLAND CREDIT MANAGEMENT, INC.** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kenneth Ruckman, and Defendant, Midland Credit Management, Inc., stipulate to the dismissal of this action with prejudice. Each party to bear their own costs.

Dated: December 20, 2016

RESPECTFULLY SUBMITTED,

/s/ James W. Eason (with consent)
_____
JAMES W. EASON, #IL6281329
The Eason Law Firm, LLC
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax: (314) 667-3161
Email: james.w.eason@gmail.com

HINSHAW & CULBERTSON LLP

/s/ Vitaly Libman

_____
David M. Schultz #6197596
dschultz@hinshawlaw.com
Vitlay Libman #6313357
vlibman@hinshawlaw.com
Hinshaw & Culbertson LLP
521 West Main Street Suite 300
P.O. Box 509
Belleville, IL 62222-0509
Telephone: 618-277-2400
Facsimile: 618-277-1144
Attorneys for Defendant MIDLAND CREDIT MANAGEMENT, INC.

2