IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH RUCKMAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-CV-0260-NJR-SCW |
| MIDLAND CREDIT MANAGEMENT, INC., | ) ) ) ) |
| Defendant, | ) ) |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Stipulation of Dismissal filed on December 20, 2016 (*see* Doc. 22), Plaintiff Kenneth Ruckman's claims against Defendant Midland Credit Management, Inc. are **DISMISSED with prejudice**.

DATED:  December 21, 2016

JUSTINE FLANAGAN, Acting Clerk

By: s/_Deana Brinkley_____
    Deputy Clerk

APPROVED: s/ Nancy J. Rosenstengel_____
          NANCY J. ROSENSTENGEL
          United States District Judge